# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVIN WADE, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-1258-JPG |
| ) | |
| VINCE ANDERSON, et al, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On August 27, 2018, Plaintiff was ordered to provide the Court with a copy of his prison trust fund account statement (or institutional equivalent) along with a certification form completed by the Trust Fund Officer no later than September 10, 2018 (Doc. 6). Plaintiff was clearly warned in that Order that failure to do so would result in dismissal of this case. The date to comply has passed, and Plaintiff has failed to provide his prison trust fund account information as ordered. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. **FED. R. CIV. P. 41(b).** This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). All pending motions are **DENIED as moot**.

The Clerk's Office is **DIRECTED** to close this case and enter judgment.

**IT IS SO ORDERED.**

**DATED: September 20, 2018**

                                              s/J. Phil Gilbert
                                              United States District Judge